369 U.S. 870
 82 S.Ct. 1141
 8 L.Ed.2d 274
 James EDWARDS, Jr., et al, petitioners,
v.
STATE OF SOUTH CAROLINA.
 No. 819.
 Supreme Court of the United States
 May 14, 1962
 
 Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Matthew J. Perry, Lincoln C. Jenkins, Jr. and Donald James Sampson, for petitioners.
 Daniel R. McLeod, Atty. Gen. of South Carolina, Everett N. Brandon, Asst. Atty. Gen., and J. C. Coleman, Jr., for respondent.
 
 
 1
 Petition for writ of certiorari to the Supreme Court of South Carolina.
 
 
 2
 Granted.